1  Lawrence H. Meuers (SBN 197663)
   MEUERS LAW FIRM, P.L.
2  5395 Park Central Court
   Naples, FL 34109-5932
3  Telephone: (239)513-9191
   Facsimile: (239)513-9677
4  lmeuers@meuerslawfirm.com

5  *Attorneys for Plaintiff Inn Foods,*
   *Inc.*
6

7

8                UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
9                   SAN JOSE DIVISION

10 INN FOODS, INC.,                    | Case No.: 5:11-cv-05379-LHK

11        Plaintiff,                   | Judgment Under The Perishable
                                       | Agricultural Commodities Act (7 U.S.C.
12     vs.                             | § 499e)

13 FARMERS PROCESSING, INC., and
14 RAYMOND P. RODRIGUEZ,

15        Defendants.

16 _____

17        THIS CAUSE having come before the Court on the Stipulation of Plaintiff, Inn

18 Foods, Inc., and Defendants Farmers Processing, Inc. and Raymond P. Rodriguez for

19 Judgment Under The Perishable Agricultural Commodities Act (7 U.S.C. §499e), and

20 having considered the Stipulation and being otherwise fully advised in the premises,

21        Accordingly, IT IS HEREBY ORDERED:

22        A.    Inn Foods, Inc. is a valid trust beneficiary under Section 5(c) of the

23 Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §499e(c), of Defendants

24 Farmers Processing, Inc. and Raymond P. Rodriguez in the principal amount of

25 $959,441.33.

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

B.    Judgment is hereby entered in favor of Inn Foods, Inc. and against Defendants Farmers Processing, Inc. and Raymond P. Rodriguez, jointly and severally, in the aggregate amount of $1,141,230.19, inclusive of attorney fees and prejudgment interest, for which let execution issue. The Clerk shall close the file.

C.    Post judgment interest shall accrue at the rate set forth by 28 U.S.C. §1961.

Dated at San Jose, California this ___12___ day of _____April_____, 2012.

_Lucy H. Koh_____
Honorable Lucy H. Koh

Judgment Under The Perishable Agricultural
Commodities Act (7 U.S.C. § 499e)